UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 07-14572 JHW

Debtor: Cristina Rodriguez

| Check Number | Creditor | Amount |
|---|---|---|
| 1693964 | Eduardo Torres | 2310.30 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 8, 2010